SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>CR FOOD MANAGEMENT, INC. D/B/A VIA CARINO; CHUE CHANG, TRUSTEE OF CHUE CHANG TRUST; and Does 1 to 10,<br><br>Defendants. | Case No. 2:20-cv-02407-JAK-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed: March 12, 2020<br>Trial Date: None Set |

CHA27-01:Notice of Voluntary Dismissal(4).DOCX:7-1-20
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:

3       NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff Mister Bailey ("Plaintiff") hereby dismisses the above-
5  captioned action in its entirety with prejudice as to all claims and causes of action
6  against all Defendants.  Defendants have not filed an answer to Plaintiff's Complaint
7  and no cross-claims have been advanced by Defendants, either individually or
8  collectively.

10  Dated: July 1, 2020         SO. CAL. EQUAL ACCESS GROUP

12                       By:    /Jason J. Kim
13                            Jason J. Kim, Esq.
                            Jason Yoon, Esq.

14  Attorneys for Plaintiff Mister Bailey